FILED

08/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0660

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0660

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JOSHUA DUANE WOLFBLACK,

      Defendant and Appellant,

## ORDER

Following entry of this Court's August 6, 2024 Opinion vacating the Appellant revocation sentence, Joshua Wolfblack has moved for immediate remittitur. Mr. Wolfblack's attorney Pete Wood represents that the State of Montana does not oppose this motion. Good cause appearing,

IT IS ORDERED that remittitur shall issue immediately.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 8 2024